# United States District Court
# Eastern District of California
Redding Branch

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> John Russo ) <br> _____ ) | VIOLATE/CASE NO. 3:19-po-0028 DMC <br><br> **ORDER TO APPEAR** |

**YOU ARE HEREBY ORDERED** to appear before a United States Magistrate Judge in Sacramento, California, at 510 I Street, in the Magistrate Courtroom on May 30, 2019 at 2:00 p.m., for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 5-7-19

_Christy L. Pine_
Deputy Clerk for
U.S. Magistrate Judge Dennis M. Cota